UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IRAJ SHAMBAYATI, DANIEL SHAMBAYATI, AKBAR KESHAVARZ, 1511 ROSEWOOD, L.L.C., AND IDHD PROPERTIES, L.L.C., AS CURRENT OWNER AND SUCCESSOR IN INTEREST TO PROPERTIES PREVIOUSLY OWNED BY IRAJ SHAMBAYATI AND 1511 ROSEWOOD, L.L.C., <br><br> Defendants. | CASE NO.:  CV4:23-221 |

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

Plaintiff United States of America and Defendants Iraj Shambayati, Daniel Shambayati, Akbar Keshavarz, 1511 Rosewood, L.L.C., and IDHD Properties L.L.C. (each a "Party" and collectively, the "Parties") respectfully request a settlement conference before U.S. Magistrate Judge Christopher L. Ray.

The Parties have conferred regarding their availability for such a conference and propose December 4, 5, 6, 7, 8, 19, or 20, 2023. A proposed order is attached for the Court's consideration.

DATED: November 15, 2023

Respectfully submitted,


JILL E. STEINBERG
United States Attorney
Southern District of Georgia

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief

MICHAEL S. MAURER
Deputy Chief


*s/ Bradford C. Patrick*
BRADFORD C. PATRICK
Assistant U.S. Attorney
Southern District of Georgia
South Carolina Bar No. 102092
P.O. Box 8970
Savannah, GA 31412
Phone: (912) 652-4422
Fax: (912) 652-4427
Bradford.patrick@usdoj.gov

*s/ Melissa A. Carrington*
ELISE SANDRA SHORE
Georgia Bar No. 557131
MELISSA A. CARRINGTON
Iowa Bar No. 13033
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M. St., NE
4CON, Room 8.127
Washington, DC 20530
Phone: (202) 305-0070
Fax: (202) 514-1116
E-mail: Elise.Shore@usdoj.gov
E-mail: Melissa.Carrington2@usdoj.gov

*Attorneys for Plaintiff*
United States of America

2

*s/ Patrick J. Schwedler*
James D. Durham
Griffin Durham Tanner & Clarkson, LLC
104 W. State Street, Suite 200
Savannah, Georgia 31401
jdurham@griffindurham.com

Patrick J. Schwedler
Griffin Durham Tanner & Clarkson, LLC
104 W. State Street, Suite 200
Savannah, Georgia 31401
pschwedler@griffindurham.com

*Attorneys for Defendants*
IRAJ SHAMBAYATI, DANIEL
SHAMBAYATI, AKBAR KESHAVARZ,
1511 ROSEWOOD, L.L.C., AND IDHD
PROPERTIES, L.L.C., AS CURRENT
OWNER AND SUCCESSOR IN
INTEREST TO PROPERTIES
PREVIOUSLY OWNED BY IRAJ
SHAMBAYATI AND 1511 ROSEWOOD,
L.L.C.