**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>IRAJ SHAMBAYATI; DANIEL SHAMBAYATI; AKBAR KESHAVARZ; 1511 ROSEWOOD, L.L.C.; and IDHD PROPERTIES, L.L.C., as Current Owner and Successor in Interest to Properties Previously Owned by Iraj Shambayati and 1511 Rosewood, L.L.C.,<br><br>        Defendants. | CIVIL ACTION NO.: 4:23-cv-221 |

## O R D E R

Before the Court is a Stipulation of Dismissal of Defendants Daniel Shambayati and Akbar Keshavarz. (Doc. 47.) The Stipulation is signed by counsel for Plaintiff and counsel for all Defendants. (Id.) Therein, the parties notify the Court that Plaintiff and Defendants have stipulated to the dismissal, with prejudice, of Defendants Daniel Shambayati and Akbar Keshavarz, with each party to bear its own attorney's fees and costs. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Daniel Shambayati and Akbar Keshavarz have been **DISMISSED with prejudice** from this action. The Court **DIRECTS** the Clerk of Court to

terminate Defendants Daniel Shambayati and Akbar Keshavarz from this case and to update the docket accordingly.

      **SO ORDERED**, this 29th day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA