IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-221 |
| v. | |
| IRAJ SHAMBAYATI; 1511 ROSEWOOD, L.L.C.; and IDHD PROPERTIES, L.L.C., as Current Owner and Successor in Interest to Properties Previously Owned by Iraj Shambayati and 1511 Rosewood, L.L.C., | |
| Defendants. | |

**O R D E R**

At the request of the parties, the Court recently entered a Consent Order memorializing the terms of an agreement reached by the parties to resolve this case without further litigation. (Doc. 50.) Pursuant to the Consent Order, "the provisions of this Consent Order will be in effect for a period of five (5) years from the date of this Consent Order" and "[t]he Court will retain jurisdiction during this period for the purpose of enforcing or interpreting the provisions of this Consent Order, after which time the case will be dismissed with prejudice." (Id. at p. 20.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. Should any party seek the Court's enforcement or interpretation of the Consent Order's

provisions during the five-year period provided for therein, the party may move the Court to reopen the case.

**SO ORDERED**, this 21st day of May, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA